# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



**FILED**

MAY 17 2016

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15CR0513-BAS |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| BEATRIZ PULIDO (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

21 USC 952 and 960 - Importation of Marijuana

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: May 17, 2016

Karen S. Crawford
U.S. Magistrate Judge